# Third District Court of Appeal

## State of Florida

Opinion filed June 25, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1728
Lower Tribunal Nos. 02-CF-259-A-P, 02-CF-1010-A-K, 02-CF-1011-A-K,
02-CF-1012-A-K

_____

**Lazaro Urbay,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal from the Circuit Court for Monroe County, Timothy J. Koenig, Judge.

Lazaro Urbay, in proper person.

James Uthmeier, Attorney General, and Daniel Colmenares, Assistant Attorney General, for appellee.

Before FERNANDEZ, BOKOR and GOODEN, JJ.

PER CURIAM.

Affirmed.  See Fla. R. Crim. P. 3.850(b); Francois v. Wainwright, 470 So. 2d 685, 686 (Fla. 1985) ("In collateral proceedings by habeas corpus, as in post-conviction proceedings under Florida Rule of Criminal Procedure 3.850, successive petitions for the same relief are not cognizable and may be summarily denied."); Beiro v. State, 289 So. 3d 511, 511 (Fla. 3d DCA 2019) ("The mere incantation of the words 'manifest injustice' does not make it so.").